UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 09-716 (JAP) |
| | : | CRIMINAL NO. ~~08-4110~~(JAP) |
| V. | : | |
| | : | |
| ALLAN KEMBLE | : | ORDER |
| | : | |

This matter having come before the Court on the application of defendant Allan Kemble by David A. Holman, Assistant Federal Public Defender, for an order modifying the conditions of bail set on August 29, 2008, and Assistant United States Attorney Lee Vartan, having consented to this modification,

IT IS, on this 10 day of March, 2010,

ORDERED that the bail conditions previously set in this case shall be modified to permit Allan Kemble limited computer and internet access for the purpose of seeking employment. All activity is subject to the supervision and monitoring of Pretrial Services.

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

_____
HONORABLE CLAIR C. CECCHI
UNITED STATES MAGISTRATE JUDGE